The *Overseers of the Poor* of the town of *Newburgh* against the *Overseers of the Poor* of the town of *Plattekill.*

An *order* for the removal of a pauper, was quashed by the sessions, because there was no evidence, nor any adjudication that the pauper had a settlement in, or *last* came from, the town to which he was ordered to be removed. On appeal the order of the sessions was affirmed. The sessions may allow costs on appeals to them in such cases.

BY the return to the *certiorari* in this cause, directed to the general sessions of the peace for the county of *Orange,* it appeared, that an order had been made by two justices of the town of *Newburgh,* for the removal of one *Thomas Hart,* a pauper, from that place to the town of *Plattekill;* and that an appeal had been made from this order to the court of general sessions of the peace, by whom it was quashed, with costs.

 A few days before the order of removal was made, the *pauper* came to *Newburgh* and staid a day or two, when he was sent by one of the overseers of *Newburgh* to *Shawungunk,* from whence he was immediately sent back by a *pass* warrant from two justices of that town, to *Newburgh.* He was then removed, by the order now in question, to *Plattekill.* About seven years before, he had resided at that town with his family. He left that place afterwards, and it did not appear, that he had any permanent residence any where. The order of removal recited, that the pauper had no legal settlement at *Newburgh,* and had produced no certificate of a settlement elsewhere, and that he was likely to become chargeable, &c. that the pauper being deranged in his mind, the justices, on the oaths of witnesses, and due proof made to them, *adjudge* the above facts to be true, and that the last place of residence of the pauper was at *Plattekill;* but they are unable to learn the place of his last legal settlement, &c.

*Fisk,* for the plaintiffs in error. 1. This is not such an

order that an appeal will lie from it to the sessions.* It is a mere *pass* warrant, to send the pauper from town to town. Where a pauper is a mere vagrant or transient person, without any place of legal settlement, he is taken and sent from town to town, by such an order, but no appeal will lie upon it.

2. The quarter sessions awarded costs. The act allows costs, only in cases, where an appeal is made concerning the settlement† of a pauper. *Plattekill* was the place of his last residence, not of his settlement.

*Riggs* and *Ross*, for the defendants. By the 7th section of the act,§ any stranger, on just suspicion of being likely to become chargeable, may be removed. If his last place of legal settlement can be discovered, he is to be sent there, otherwise, to the place he last came from. In the first case an express adjudication of the fact is required, and the order directs him to be delivered to the overseers of the town where the pauper had his last place of settlement, who are bound to receive such pauper under a penalty. In the other cases, the warrant is to deliver the person to the constable of the next town.

The order states that the pauper came last from *Plattekill.* The fact is that he had been sent back from *Shawungunk,* and the overseers of *Newburgh* sent him again to *Plattekill.* The order was, therefore, irregular. Now, if an appeal will not lie, in such a case, to set the matter right, a pauper may be sent backwards and forwards, like a shuttlecock, without end. By the 17th section of the act, an appeal lies, in every case, where the party thinks himself *aggrieved.* There is no distinction of cases, the words are general. Where the expressions are so general and explicit, it is useless to refer to *British* adjudications in the acts. *Pass-orders* there stand on a different ground, from what they do in this country ; but even in *England* an appeal lies from such orders.‡ The present order of removal is not in the form of an order for transportation ; it is directed to the overseers of *Plattekill,* who were bound to receive the pauper under a penalty ; and if the judgment of the sessions is reversed,

NEW-YORK, May, 1806.

Overseers of Newburgh v. Overseers of Plattekill.

* *Burrows' settlement cases,* 840. 2 *Botts.* poor laws, 664, *Rex* v. *Ringwood.*
† Laws of *N. Y.* vol. 1, p. 573, sect. 20.
§ Page 576.

‡ *King* v. *Gravesend, Comyns* 97.

NEW-YORK,
May, 1806.

Overseers of
Newburgh
v.
Overseers of
Plattekill.

*Plattekill* will be without a remedy. If the overseers of *New-burgh* were unable to find out the pauper's last place of settlement, or to pursue the directions of the act, they ought to have kept him, and not have proceeded in this irregular manner.

Costs may be given in every case where an appeal lies. Every order of removal whatever, of a pauper, and every appeal, must relate to, and *concern the settlement* of such pauper. This is the fair construction of this section of the act, and the only one that can give it its proper effect, and make it harmonize with the other parts of the statute.

*Jones,* in reply. This was a mere *vagrant pass,* on which no appeal will lie ; the proceedings of the *sessions* were, therefore, *coram non judice.* The warrant or *pass* contains nothing on which any adjudication can be made, nor any ground on which to appeal.§ There is no adjudication of a settlement ; the mentioning the town where the pauper last resided, amounts to no more than saying he came last from that town. The overseers of *Plattekill,* therefore, should have sent him to the next town, in the manner prescribed by the act, in regard to those who have no place of legal settlement. The pass or order, it is true, directs the *overseers* of *Plattekill* to receive the pauper, but the act says it may be directed to the constable of the next town, or *otherwise.*

§ 2 *Botts.* 664, 658.

In the case of the *Overseers* of *Shawungunk* against the *Overseers* of *Mamakating,* decided at the last term,† the court did not consider any particular form necessary in these orders. At any rate, the informality was not sufficient ground for quashing this order, especially, when it is fairly to be inferred from the facts, that *Plattekill* was the pauper's last place of residence.

† *Ante,* 54.

2. It is evident from the cases which have been cited, that a *vagrant pass* has no relation to a settlement ; and is, therefore, not within the provision of that part of the act which authorises the sessions to award costs.

*Per Curiam.* The order was properly quashed by the sessions, for there was no evidence, nor any adjudication

that the pauper had a legal settlement at, or came *last* from *Plattekill.* By a liberal construction of the 20th section of the act, the sessions are authorised to allow costs in such cases. The order of the sessions must be affirmed, and the appellants must pay the costs of this appeal.

Order of the sessions affirmed with costs.